RECEIVED
IN LAKE CHARLES, LA.
NOV 15 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BILLY HUMPHRIES, II<br>LA DOC #486251 | : | DOCKET NO. 10-CV-1784<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| WARDEN TIMOTHY WILKINSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of habeas corpus be DISMISSED WITH PREJUDICE as time-barred by the provisions of 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 15 day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE